JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Radcliffe, III, ) | Case No. **EDCV 11-945-ODW(DTBx)** |
| Plaintiff, ) | |
| v. ) | **ORDER OF DISMISSAL** |
| ) | |
| JP Morgan Chase Bank NA et al., ) | |
| Defendants. ) | |
| _____ ) | |

THE COURT having ordered the Plaintiff to file an amended complaint, and Plaintiff having failed to respond,

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice for failure to comply with the orders of the Court.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: August 29, 2011

United States District Judge